IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ANIKA M. V., | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:19CV652 (RCY) |
| | ) |
| ANDREW M. SAUL, | ) |
| | ) |
| Commissioner of Social Security, | ) |
| | ) |
|        Defendant. | ) |

## ORDER
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 25) is ACCEPTED and ADOPTED;

2. The Objections of Plaintiff are OVERRULED;

3. Plaintiff's Motion for Summary Judgment, or in the alternative, Motion for Remand (ECF Nos. 17, 18), are DENIED;

4. Defendant's Motion for Summary Judgment (ECF No. 23) is GRANTED;

5. The final decision of the Commissioner is AFFIRMED;

6. This matter is CLOSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to all counsel of record.

       It is so ORDERED.

Date: February 22, 2021
Richmond, Virginia

/s/ *Roderick C. Young*
Roderick C. Young
United States District Judge